# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE VIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY Of SAN DIEGO; DARRELL HANSON; DAN DE SOUSA; and DOES 1-100,<br><br>　　　　　Defendants. | No. 10-cv-2431-BTM(RBB)<br><br>ORDER GRANTING JOINT MOTION TO STAY CASE |

The Court has considered the parties' joint motion to stay the instant case pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), pending resolution of Superior Court case no. C301894 (including any appeal). Good cause appearing, the parties' joint motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The instant case is stayed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), pending resolution of Superior Court case no. C301894 (including any appeal);

2. Plaintiff shall notify this Court and Defendants' counsel in writing when Superior Court case no. C301894 concludes; and

///

///

10-cv-2431-BTM(RBB)

3. Defendants shall file a responsive pleading within 14 days from the date Plaintiff notifies this Court and Defendants of the resolution of Superior Court case no. C301894.

IT IS SO ORDERED.

DATED: Jan. 4, 2011

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

- 2 -

10-cv-2431-BTM(RBB)