# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alice Via

                V.

County of San Diego; Darrell Hanson; Dan De Sousa; and Does 1-100

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   10CV2431-BTM(RBB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all causes of action against Defendants County of San Diego, Darrell Hanson, Dan De Sousa, and Doe Defendants are dismissed with prejudice.

| November 14, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON November 14, 2011 |